## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA Y. CISLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV364 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL A. WILLSIE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| BALBINA BAHENA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV365 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL A. WILLSIE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| ANNA LA TORRE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV366 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL A. WILLSIE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

    It has come to the court's attention, after review of the Reports of the Parties's Rule 26(f) Planning Conference filed in the above captioned cases, that these matters are related. **See** Filing No. 11 in Case No. 8:09CV364, Filing No. 12 in Case No. 8:09CV365, and Filing No. 11 in Case 8:09CV366. The named defendant in these cases is the same. The court has reviewed the filings in these cases and it appears the cases may be consolidated, at least for discovery, pursuant to Fed. R. Civ. P. 42(a), as these cases are based on similar allegations. **See *EEOC v. HBE Corp.*, 135 F.3d 543, 551 (8th Cir. 1998)**. Upon consideration,

**IT IS ORDERED:**

1. *Maria Y. Cisler v. Paul A. Willsie Company*, 8:09CV364, *Balbina Bahena v. Paul A. Willsie Company*, 8:09CV365, and *Anna La Torre v. Paul A. Willsie Company*, 8:09CV366 are hereby consolidated for purposes of discovery only. Consolidation for the purpose of trial shall be determined at a later date.

2. Counsel shall conduct discovery as if these are consolidated cases. All future filings related to discovery shall contain the consolidated case caption, which appears on this order, and shall be served on counsel in the other cases as described below.

3. Case No. 8:09CV364 is hereby designated as the "Lead Case." Case Nos. 8:09CV365 and 8:09CV366 are hereby designated as the "Member Cases."

4. The court's CM/ECF System now has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases. To this end, the parties are instructed to file all further documents (except those described in paragraph 5) in the Lead Case, No.8:09CV364, and to select the option "yes" in response to the System's question whether to spread the text.

5. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

6. If a party believes that an item in addition to those described in paragraph 5 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

DATED this 20th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge