# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA Y. CISLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV364 |
| | ) | |
| and | ) | |
| | ) | |
| BALBINA BAHENA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV365 |
| | ) | |
| and | ) | |
| | ) | |
| ANNA LA TORRE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV366 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL A. WILLSIE COMPANY, | ) | |
| a Nebraska corporation d/b/a | ) | |
| WILLSIE CAP AND GOWN COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of D.C. Bradford and Justin D. Eichmann of the law firm Bradford & Coenen LLC ([Filing No. 45](#)) to withdraw as counsel for the plaintiffs. The movants state the plaintiffs "have refused to cooperate in and frustrated Movants' prosecution" of the claims. The movants filed an index of evidence ([Filing No. 46](#)) in support of the motion. The movants served a copy of the motion on each of the three plaintiffs. The court will afford the plaintiffs an opportunity to respond to the motion and/or obtain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. D.C. Bradford and Justin D. Eichmann's motion to withdraw ([Filing No. 45](#)) is held in abeyance.

2. The court will hold an evidentiary hearing on D.C. Bradford and Justin D. Eichmann's motion to withdraw (Filing No. 45). The hearing will be held before the undersigned magistrate judge on **Monday, January 24, 2011, at 10:30 a.m.**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. All counsel of record and the plaintiffs Maria Y. Cisler, Balbina Bahena, and Anna La Torre are required to attend the hearing.

3. Any request to change the date or time of the hearing should be made by filing a motion with the Clerk of Court.

4. The hearing will be canceled if a written response is received from each of the plaintiffs **on or before January 18, 2011**, stating they have no objection to withdrawal of counsel or new counsel enters an appearance on behalf of the plaintiffs.

5. If D.C. Bradford and Justin D. Eichmann are given leave to withdraw as counsel for the plaintiffs and no new counsel has entered an appearance on the plaintiffs' behalf, each of the plaintiffs or any of them who are unrepresented may be deemed to be proceeding *pro se*, that is, without the assistance of an attorney.

6. Moving counsel shall serve a copy of this order on their clients and file a certificate of such service with the court.

Dated this 14th day of December, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge