# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA Y. CISLER, | ) | |
| Plaintiff, | ) | 8:09CV364 |
| and | ) | |
| BALBINA BAHENA, | ) | |
| Plaintiff, | ) | 8:09CV365 |
| and | ) | |
| ANNA LA TORRE, | ) | |
| Plaintiff, | ) | 8:09CV366 |
| vs. | ) | |
| PAUL A. WILLSIE COMPANY, a Nebraska corporation d/b/a WILLSIE CAP AND GOWN COMPANY, | ) | ORDER |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on February 25, 2011, by Craig Martin, counsel for the defendant,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before March 15, 2011**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The scheduling conference previously scheduled for February 28, 2011, is cancelled upon the representation that this case is settled.

DATED this 28th day of February, 2011.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge