**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| MARIA Y. CISLER, | ) | CASE NO.: 8:09-cv-364 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| PAUL A. WILLSIE COMPANY, | ) | |
| a Nebraska corporation, | ) | |
| d/b/a Willsie Cap and Gown Company, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came on to be heard upon the stipulation of the parties hereto that the above-captioned action be dismissed with prejudice to a future action, each party to pay their own costs, and complete record waived.

The court, being fully advised in the premises, finds that such an order should be entered.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice to a future action, each party to pay their own costs and complete record waived.

DATED this 9th day of March, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*

PREPARED AND SUBMITTED BY:

Craig F. Martin, #21812
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300
(402) 397-7824 Facsimile
ATTORNEYS FOR DEFENDANT